**AFFIDAVIT OF MARC SCHULZ**

1. I, Marc Schulz, am a Human Resources Generalist at Whirlpool's Clyde, Ohio Division.

2. The Division originally set December 1, 2008, as the deadline for all drivers of powered industrial vehicles ("PIVs") to be certified to drive them.

3. This deadline was eventually extended to January 1, 2009.

4. In late January, 2009, I was informed by Alan Ahle that Roger Miller was refusing to become certified to drive a PIV. Mr. Miller was subsequently suspended.

5. I later met with Alan Ahle and Greg Frisch and we all agreed that Roger Miller would be terminated for refusing to get certified.

6. On February 13, 2009, Roger Miller came to the plant to meet with Alan Ahle and me. We asked Mr. Miller to certify, and he refused. I then explained that Mr. Miller was terminated for his refusal to certify to drive a PIV. I explained that there was an appeal process Mr. Miller could use if he desired to, and provided him with a copy of the Full Time Employee Appeal & Benefit Information pamphlet.

7. I swear that the foregoing is true and correct.

[signature]
Marc Schulz

Signed and sworn before me this 30 day of April, 2009.

Linda C. Goetzke

my commission expires 9-11-2010.

PLAINTIFF'S EXHIBIT B

III B