Case: 3:10-cv-00473-JGC Doc #: 4-1 Filed: 05/10/10 2 of 2. PageID #: 29

Whirlpool

# Medical Examination

FIT-FOR-DUTY – Part A

## 1. EMPLOYEE'S INFORMATION (To be completed by employee prior to examination)

| Employee's Name (Last, First, Middle) | Clock Number | Department | Birth Date | Sex | |
|---|---|---|---|---|---|
| | | | | ◻ M ◻ F | ◻ New Certification<br>◻ Recertification |
| Address | City, State, Zip Code | Home Tel:<br>Work/Cell Tel: | | | ◻ Follow-up<br>◻ Other |

## 2. HEALTH HISTORY (To be completed by employee; reviewed by occupational health nurse)

| | | | | | |
|---|---|---|---|---|---|
| ◻ Yes | ◻ No | Any illness, injury, or past accidents? If so, any illness, injury, or past accident work-related? | ◻ Yes | ◻ No | Stroke or paralysis? |
| ◻ Yes | ◻ No | Any surgery or been hospitalized? | ◻ Yes | ◻ No | Missing or impaired hand, arm, foot, leg, toe, finger? |
| ◻ Yes | ◻ No | Any allergies? | ◻ Yes | ◻ No | Broken bone or joint injury or joint problems? |
| ◻ Yes | ◻ No | Are you under a doctor's care or being treated at the present time? | ◻ Yes | ◻ No | Pain and/or treatment for injury to hands, wrists, elbows, shoulders, hips, knees, ankles or feet? |
| ◻ Yes | ◻ No | Have you left employment or the military due to medical reasons? | ◻ Yes | ◻ No | Lung disease, emphysema, asthma, chronic bronchitis, sinus problems? |
| ◻ Yes | ◻ No | Skin disorders? | ◻ Yes | ◻ No | Do you or did you smoke? If so, how long? |
| ◻ Yes | ◻ No | Head/brain injuries, disorders or illnesses? | ◻ Yes | ◻ No | Kidney disease/dialysis? |
| ◻ Yes | ◻ No | Seizures/epilepsy? | ◻ Yes | ◻ No | Liver disease? |
| ◻ Yes | ◻ No | Eye disorders or impaired vision? | ◻ Yes | ◻ No | Digestive problems? |
| ◻ Yes | ◻ No | Ear disorders, loss of hearing or balance? | ◻ Yes | ◻ No | Diabetes/elevated blood sugar? |
| ◻ Yes | ◻ No | Heart disease, heart attack, other cardiovascular condition? | ◻ Yes | ◻ No | Nervous/psychiatric disorders (e.g. depression)? |
| ◻ Yes | ◻ No | Heart surgery (valve replacement, bypass, etc.)? | ◻ Yes | ◻ No | Loss of or altered consciousness? |
| ◻ Yes | ◻ No | High blood pressure? | ◻ Yes | ◻ No | Spinal/back or neck injury or disease? |
| ◻ Yes | ◻ No | Muscular disease? | ◻ Yes | ◻ No | Chronic low back pain? |
| ◻ Yes | ◻ No | Shortness of breath? | ◻ Yes | ◻ No | Regular, frequent alcohol use? |
| ◻ Yes | ◻ No | Fainting, dizziness? | ◻ Yes | ◻ No | Narcotic or habit forming drug use? |
| ◻ Yes | ◻ No | Sleep disorders, daytime sleepiness, loud snoring? | ◻ Yes | ◻ No | Taking any medications on a regular basis? |
| ◻ Yes | ◻ No | Afraid of heights? | | | |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently. Please use reverse side for additional information.

I certify that the above information is complete and true to the best of my knowledge, and I am aware that any material falsification of fact is grounds for discharge. I consent to have a physical exam and any other tests necessary to determine my state of health for employability and/or to determine fitness for duty (if applicable). I understand that inaccurate, false or missing information may invalidate the examination and my "fit-for-duty" certification.

Employee's Signature: Date:

FOR HEALTH CENTER PERSONNEL USE ONLY:
Occupational Health Nurse's Comments on Health History:

PLAINTIFF'S EXHIBIT

F

tabbies

Occupational Health Nurse's Signature: Date: