# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ROGER W. MILLER,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:10 cv 00473 |
| v. | : | Judge James G. Carr |
| **WHIRLPOOL CORPORATION,** | : | |
| Defendant. | : | |

**DECLARATION OF DR. ROBERT MARSHALL**

I, Dr. Robert Marshall, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I serve as the Medical Director of the Employee Health Center ("EHC") at the Clyde Division of Whirlpool Corporation ("Whirlpool"). I have been Medical Director of the EHC since approximately 2005. I am also currently Medical Director of Occupational Medicine at Memorial Hospital in Fremont, Ohio.

2. I have been a physician since 1982, and I currently specialize and am board eligible in the area of Occupational Medicine.

3. I am familiar with the Medical Examination/Fit-For-Duty questionnaire (the "questionnaire") that is part of the certification process for Whirlpool employees whose job requires the driving of Powered Industrial Vehicles ("PIVs"). I am also familiar with the facilities of Whirlpool's Clyde Division, as well as the PIVs that are used there.

4. The questionnaire is designed and tailored in such a way to enable me to make a medical assessment of whether an employee is capable of driving a PIV in a safe manner and

what to do in case of injury in terms of the types of treatment and medication that can be administered to the injured employee since, for example, certain treatment medications may have adverse reactions to medications already being taken by the employee. The questionnaire also allows us to determine whether any reasonable accommodation may allow a PIV driver to do so safely.

5. In my roughly thirty years of experience in this field, I have found that many individuals completing a questionnaire might not remember the medications they are taking, or may not realize that they are in fact suffering from a medical condition that could impact their ability to perform their job in a safe manner. The thirty-four inquiries contained in Whirlpool's questionnaire enable me to extract necessary health information from multiple angles to 1) diagnose medical conditions, which may be serious in nature and which the employee may not even be aware of having, 2) determine the medications, if any, that are being taken and any side-effects the employee might be experiencing, and 3) ultimately determine if the employee is medically fit to safely drive a PIV with or without a reasonable accommodation.

6. In these important respects, the questionnaire is tailored to promote the safety and well-being of Whirlpool's employees – its PIV drivers, as well as its non-PIV drivers who might be in close proximity.

7. Whirlpool does not automatically exclude an employee from driving a PIV by virtue of the employee having a certain medical condition or taking a certain medication as marked in the questionnaire.

8. Rather, an affirmative answer of "Yes" to any part of the questionnaire is merely a means of beginning a dialogue between the employee and myself and/or a nurse practitioner to learn more about the condition and its impact, if any, on the employee's ability to drive a PIV

safely. Often, I will ask employees for notes or other documentation from their personal physicians, or, with employees' permission, I will speak directly with their personal physicians to learn more about the employees' conditions or the medications they might be taking to determine whether they are able to safely drive PIVs.

9. Below is my summary of why I believe each inquiry is necessary to my assessment of whether an employee can safely operate PIVs. It does not contain every medical reason behind each of the inquiries, but is meant to be illustrative.

10. Any illness, injury, or past accident? If so, any illness, injury, or past accident work-related?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, this inquiry may reveal that an employee had five accidents (either in public or at a prior job) as a result of him falling asleep while driving a vehicle. While the employee himself may not believe that he suffers from any sleep disorders or daytime sleepiness (as asked later in the questionnaire), answers to this inquiry may lead to discovering that the employee, in fact, does have a sleep disorder that could affect his ability to drive a PIV. As another example, this inquiry may reveal that the employee suffers from some type of heart ailment that he would not himself categorize as a "heart disease, heart attack, [or] other cardiovascular condition" (as asked later in the questionnaire). Under this example, a dialogue could begin between myself and the employee as to how this heart ailment has affected the employee in the past and how it might affect his ability to drive a PIV safely.

11. Any surgery or been hospitalized?- This inquiry may reveal a restriction in a PIV driver's movement or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, if the employee

identifies that he had major arm surgery, this may reveal a severe restriction in arm movement rendering it unsafe for him to drive a PIV. Later in the questionnaire, the employee is asked if he has a "missing or impaired hand, arm, foot, leg, toe, or finger." Under this example, the employee may answer "No" to that inquiry, believing that his arm is no longer impaired after the surgery. Thus, by inquiring about surgeries, I may discover that the employee is medically unfit to drive a PIV safely which I would not otherwise have discovered through the other inquiries.

12. Any allergies?- This inquiry will reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner and may also reveal adverse allergic reactions to environmental allergens to which PIV drivers may be exposed. Such adverse allergic reactions may come in the form of asthma attacks or constant sneezing that may cause the PIV driver to temporarily lose control of the PIV, or excessive watery eyes that may blur the vision of the driver. Additionally, as PIV drivers are more likely to be involved in a workplace accident, it is necessary to know whether the PIV driver is allergic to any medication in the event that he is injured and needs medical attention.

13. Are you under a doctor's care or being treated at the present time?- This inquiry will reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, this inquiry may reveal that the employee suffers from some type of heart ailment that he would not himself categorize as an "illness" or "heart disease, heart attack, [or] other cardiovascular condition" (as also asked in the questionnaire). Under this example, a dialogue could begin between myself and the employee as to how this heart ailment has affected the employee in the past and how it might affect his ability to drive a PIV safely.

14. Have you left employment or the military due to medical reasons?- This inquiry

may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, the employee may have been fired from his job or discharged from the military because he was caught napping several times throughout the day. While the employee himself may not believe that he suffers from any "illness," sleep disorders or daytime sleepiness (as also asked in the questionnaire), answers to this inquiry may lead to discovering that the employee, in fact, does have a sleep disorder that could affect his ability to safely drive a PIV.

15. Skin disorders?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, certain medical conditions manifest in the form of rashes or hives. The presence of such skin disorders may reveal an underlying medical condition, such as lupus, which may impact an employee's ability to drive a PIV safely.

16. Head/Brain injuries, disorders or illnesses?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner and may reveal decreased reaction time or other cognitive issues. For instance, an employee may have incurred numerous concussions during his life. A dialogue between myself and the employee may reveal that the concussions have already caused or may eventually result in decreased reaction time rendering it unsafe for the employee to drive a PIV.

17. Seizures/epilepsy?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. This inquiry may also reveal a history of lost consciousness. For instance, individuals who suffer from epilepsy may experience seizures of

various forms and degrees. Discussions between the employee and myself may reveal the types of seizures, if any, that the employee experiences or whether the employee's seizures can be controlled through medication.

18. Eye disorders or impaired vision?- This inquiry may reveal issues relating to peripheral vision, depth perception, and viewing colors that a simple vision test could miss. For instance, this inquiry may reveal that a PIV driver is unable to see obstacles in his path and possible hazards in his periphery, thereby rendering it unsafe for him to drive a PIV.

19. Ear disorders, loss of hearing or balance?- Certain parts of the plant are quite loud, and this inquiry may reveal issues relating to hearing other PIVs, pedestrians, or verbal instructions or warnings and may reveal general issues communicating under noisy conditions. For instance, this inquiry may reveal that an employee is unable to hear warning signals from other PIVs or from pedestrians in the vicinity, thereby rendering it unsafe for him to drive a PIV.

20. Heart disease, heart attack, other cardiovascular condition?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner and may reveal a prior history of incapacitation. For example, this inquiry may reveal that an employee recently had a heart attack while driving his car, thereby rendering it unsafe for him to drive a PIV.

21. Heart surgery (valve replacement, bypass, etc.)?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner, may reveal a prior history of incapacitation, and may assist with the determination of how soon after surgery a PIV driver may resume driving. For instance, this inquiry may reveal that an employee recently had triple bypass surgery. A discussion between the employee and myself may help determine whether the employee suffers from some type of

heart disease, of which the employee is not aware, that may render the employee medically unfit to drive a PIV. Under this example, discussions between the employee and myself may also reveal how soon the employee may be able to resume driving.

22. High blood pressure?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal other cognitive or neurological issues or a correlation between high blood pressure and stroke. For instance, this inquiry may reveal that an employee has extremely high blood pressure making him at risk for a heart attack. Thus, this inquiry may reveal important health information about one's ability to drive a PIV safely that may not otherwise be revealed through other inquiries regarding heart disease and heart surgeries.

23. Muscular disease?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal issues relating to the steering, handling, and controlling of a PIV and any restrictions in a PIV driver's movement. For instance, this inquiry may reveal that an employee suffers from muscular dystrophy, which relates to whether the employee has enough muscular strength to steer and control the PIV.

24. Shortness of breath?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal a prior history of asthma attacks or incapacitation and may assist with the determination of cardiac disease or related issues. For instance, if an employee answers in the affirmative to this inquiry, this may reveal that the employee has extremely high blood pressure thereby making him at risk for a heart attack. Thus, this inquiry may reveal important health information about one's ability to drive a PIV safely

that may not otherwise be revealed through other inquiries regarding blood pressure, heart disease, or heart surgeries.

25. Fainting, dizziness?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal a prior history of incapacitation and issues relating to the steering, handling, and controlling of a PIV. For instance, this inquiry may reveal a history of lost consciousness or an inability to see clearly, which bears directly on the issue of whether an employee can drive a PIV safely.

26. Sleep disorders, daytime sleepiness, loud snoring?- This inquiry may reveal an underlying medical condition or the taking of certain medications that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal a prior history of incapacitation, decreased reaction time, and issues relating to the steering, handling, and controlling of a PIV. For instance, if an employee suffers from narcolepsy, this inquiry may reveal that an employee typically dozes off during certain times of the day, rendering him medically unfit to drive PIVs during such times. Further discussions between the employee and myself may result in additional information as to how long the employee has had this condition and what medication he may be taking.

27. Afraid of heights?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal issues whether the employee can use and operate an aerial manlift safely. Fear of heights could lead to panic, anxiety, or vertigo if the PIV driver is required to work up high. Such loss of focus or panic may serve as a danger to his co-workers. In addition, I have found that it is more likely that individuals with one type of anxiety disorder will have

other types of anxiety disorders.

28. Stroke or paralysis?- This inquiry may reveal an underlying medical condition or the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal a prior history of incapacitation and issues relating to the steering, handling, and controlling of a PIV. For instance, if an employee has recently suffered a stroke for reasons unbeknownst to the employee, this inquiry may reveal that the employee is not currently capable of driving a PIV in a safe manner.

29. Missing or impaired hand, arm, foot, leg, toe, finger?- This inquiry may reveal issues relating to the steering, handling, and controlling of a PIV and may reveal a restriction in a PIV driver's movement. For instance, if an employee is missing an arm, this inquiry may reveal information as to how the employee has previously driven vehicles and how long the employee has been driving vehicles with a missing arm. In addition, learning about how the employee lost his arm could reveal other medical conditions that the employee may suffer from.

30. Broken bone or joint injury or joint problems?- This inquiry may reveal issues relating to the steering, handling, and controlling of a PIV and may reveal a restriction in a PIV driver's movement. For instance, this inquiry may reveal that an employee is experiencing discomfort in the joints of his lower back that he does not characterize as chronic lower back pains (asked later in the questionnaire). Under this example, the inquiry about joint problems may reveal that the employee suffers from degenerative disc disease, which relates specifically to whether the employee has sufficient movement in the back to drive PIVs safely.

31. Pain and/or treatment for injury to hands, wrists, elbows, shoulders, hips, knees, ankles or feet?- This inquiry may reveal issues relating to the steering, handling, and controlling of a PIV and may reveal a restriction in a PIV driver's movement. Furthermore, underlying

medical conditions often manifest in the form of pain. For instance, an employee may have recently broken his wrist, while believing that he suffered a minor sprain. An affirmative answer to this inquiry, along with follow-up inquiries about the employee's wrist, may enable me to diagnose the condition as a broken wrist that bears directly on the issue of whether he can drive a PIV safely. In addition, this inquiry also may reveal that an employee suffers from carpel tunnel syndrome, which bears on the issue of whether the employee can steer the PIV and/or handle the various knobs and controls of the PIV.

32. Lung disease, emphysema, asthma, chronic bronchitis, sinus problems?- This inquiry may reveal a prior history of incapacitation (*e.g.*, asthma attacks) and may reveal the taking of certain medications that often are stimulants that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, if an employee suffers from asthma, he may have been prescribed stimulants. High doses of certain stimulants can result in seizures or an irregular heart beat that bear directly on the issue of whether this employee can drive a PIV safely.

33. Do you or did you smoke? If so, how long?- This inquiry may reveal a prior history of incapacitation (*e.g.*, asthma attacks) as a result of smoking, and/or may indicate related respiratory conditions. For instance, an employee who smokes might not realize that he may be suffering from lung disease. Additionally, withdrawal from cigarette smoking can have physical and mental effects that may impair a person's ability to drive a PIV safely. The side-effects of certain smoking cessation aids (chantix, etc.) may also hamper a person's ability to safely operate a PIV.

34. Kidney disease/dialysis?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner and may reveal a history of muscle paralysis, kidney failure, dizziness, and other

issues that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal issues relating to the steering, handling, and controlling of a PIV. For instance, this inquiry may reveal that an employee who suffers from kidney failure occasionally becomes dizzy and feels drowsy, which bear directly on the issue of whether he can drive a PIV safely.

35. Liver disease?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner and may reveal a history of muscle paralysis, liver failure, dizziness, and other issues that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal issues relating to the steering, handling, and controlling of a PIV, as well as the employee's cognitive abilities. For instance, this inquiry may reveal that an employee who suffers from liver failure occasionally becomes dizzy and feels drowsy, which bear directly on the issue of whether he can drive a PIV safely.

36. Digestive problems?- This inquiry may reveal the taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, this inquiry may reveal that an employee suffers from ulcers. Given the abdominal pain often associated with ulcers, this bears directly on the issue of whether the employee can drive a PIV safely.

37. Diabetes/elevated blood sugar?- This inquiry may reveal a history of lost consciousness, loss of vision, stroke, disorientation, or drowsiness. For instance, this inquiry may reveal that an employee suffers from uncontrolled hyperglycemia, which can result in blurred vision and lost consciousness, which bear directly on the issue of whether the employee can drive a PIV safely.

38. Nervous/psychiatric disorders (e.g. depression)?- This inquiry may reveal the

taking of certain medications (*e.g.*, sedating medications) that could impact a PIV driver's ability to drive PIVs in a safe manner. It may also reveal issues relating to a PIV driver's reasoning, levels of attention, and judgment and may also reveal issues relating to drowsiness, dizziness, confusion, and loss of functional control. For instance, some common anti-depressant medications cause drowsiness and possibly blurred vision which bear directly on the issue of whether the employee can drive a PIV safely. Unless the employee identifies such anti-depressant medications in response to the inquiry of whether he "tak[es] any medication on a regular basis" (see questionnaire), I may not discover that the employee takes such medication.

39. Loss of or altered consciousness?- This inquiry may reveal issues relating to a PIV driver's reasoning, levels of attention, and judgment and may also reveal issues relating to drowsiness, dizziness, confusion, and loss of functional control. For instance, if an employee has periodic bouts where he remains conscious but is not fully aware of where he might be and what exactly he is doing, I may not necessarily become aware of this condition but for this particular inquiry.

40. Spinal/back or neck injury or disease?- This inquiry may reveal issues relating to the handling and controlling of a PIV. It may also reveal a restriction in a PIV driver's movement and may reveal a PIV driver's ability to withstand any sudden back-and-forth or jolting movements that may occur in driving a PIV. For instance, if an employee does in fact suffer from degenerative disc disease, this relates specifically to whether the employee can drive a PIV safely.

41. Chronic low back pain?- This inquiry may reveal issues relating to the handling and controlling of a PIV. It may also reveal a restriction in a PIV driver's movement and may reveal a PIV driver's ability to withstand any sudden back-and-forth or jolting movements that

may occur in driving a PIV. For instance, this inquiry may reveal that an employee does in fact suffer from degenerative disc disease, unbeknownst to the employee, based on the chronic lower back pain the employee expresses to me.

42. Regular, frequent alcohol use?- This inquiry may reveal issues relating to the steering, handling, and controlling of a PIV and may reveal issues relating to liver disease. Liver disease often manifests in the form of occasional dizziness and drowsiness, which bear directly on the issue of whether the employee can drive a PIV safely. Additionally, this inquiry may reveal alcoholism, which is associated with impairment in the workplace due either to blood-alcohol content and/or hangover.

43. Narcotic or habit forming drug use?- This inquiry may reveal issues relating to the steering, handling, and controlling of a PIV. For instance, this inquiry may reveal that the employee regularly takes certain stimulants that may affect whether the employee can drive a PIV in a safe manner. Additionally, this inquiry may reveal drug addiction, which is associated with impairment in the workplace due either to drugs in the employee's system and/or hangover.

44. Taking any medications on a regular basis?- There are hundreds, if not thousands, of medications that may impair a person's ability to safely operate a PIV. This inquiry may also reveal an underlying medical condition that could impact a PIV driver's ability to drive PIVs in a safe manner. For instance, this inquiry may reveal that an employee takes a certain medication regularly but may not be fully aware why he has been taking such medication. An example of this might be an employee who takes certain medication to treat a heart disease, who might be under the wrong impression that he takes such medication to give him more energy. Additionally, it is common that patients are unfamiliar with all of the potential side-effects of a particular drug, so this question would not be effective if it simply asked whether the employee

was taking drugs with a particular side-effect.

I have personal knowledge of the above facts and would testify competently thereto if called upon. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Robert A. Marshall MD, MPH
Dr. Robert Marshall

Date: 5-27-11

Firmwide:101812363.2